# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

CARMEN PONDER
Plaintiff

v.

CREWS, ET AL
Defendant

3:19-CV-01205
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Carmen Ponder

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Carmen Ponder, S. Lee Merritt, Esq., Daniel Purtell, Esq., The City of Commerce, Texas, Kerry Crews, in his capacity and his official capacity as Chief of Police for the City of Commerce.

| | |
|---|---|
| Date: | 5/20/2019 |
| Signature: | /S/ S. Lee Merritt, Esq |
| Print Name: | Stacy Lee Merritt |
| Bar Number: | PA 314891 |
| Address: | 1910 Pacific Ave, Ste 8000 |
| City, State, Zip: | Dallas, TX  75201 |
| Telephone: | 888-647-3041 |
| Fax: | 888-339-2050 |
| E-Mail: | lee@leemerrittesq.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons